# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TERRY R. TWITTY, SR., | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) 1:12-cv-00985-TWP-MJD |
| | ) |
| KEITH BUTTS, Warden, | ) |
| | ) |
| Respondent. | ) |

## Entry and Order to Show Cause

### I.

### A.

The petitioner shall have **through August 15, 2012,** in which to either pay the $5.00 filing fee for this action or demonstrate his financial inability to do so.

### B.

The third claim in the petition for writ of habeas corpus is summarily dismissed pursuant to Rule 4 of the *Rules Governing Section 2254 Proceedings in the United States District Courts* because it is based on allegations involving the post-conviction relief proceeding and those allegations do not support a cognizable claim for relief under 28 U.S.C. § 2254(a). *Montgomery v. Meloy,* 90 F.3d 1200, 1206 (7th Cir.) ("[u]nless state collateral review violates some independent constitutional right, such as the Equal Protection Clause, . . . errors in state collateral review cannot form the basis for federal habeas corpus relief"), *cert. denied,* 519 U.S. 907 (1996); *Williams v. State,* 640 F.2d 140, 143-44 (8th Cir.) ("Infirmities in the state's post-conviction remedy procedure cannot serve as a basis for setting aside a valid

original conviction. . . . Errors or defects in the state post-conviction proceeding do not, *ipso facto,* render a prisoner's detention unlawful or raise constitutional questions cognizable in habeas corpus proceedings."), *cert. denied,* 451 U.S. 990 (1981).

No partial final judgment shall issue at this time as to the claim(s) resolved in this Entry.

### II.

The petitioner=s custodian is directed to answer the allegations of the petitioner=s petition for a writ of habeas corpus, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. This shall be done within **twenty (20) days** after the date this Entry is signed. The petitioner shall have **twenty (20)** days after service of such answer or return to order to show cause on him in which to reply.

A copy of this Entry and Order to Show Cause shall be sent to the Indiana Attorney General through a Notice of Electronic Filing ("NEF") generated by the court's CM/ECF case management system. The Indiana Attorney General has previously been provided with a copy of the habeas petition itself.

**IT IS SO ORDERED.**

Date: 07/24/2012

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Terry Twitty, Sr.**
**No. 990104**
**Pendleton Correctional Facility**
**4490 West Reformatory Road**
**Pendleton, IN 46064**

**habeas@atg.in.gov**